**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____     Chapter    **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **F.I.G. Daufuskie 1, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2048232** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **55 Avenue of Oaks** **Daufuskie Island, SC 29915** Number, Street, City, State & ZIP Code | **145 South East 400** **Salt Lake City, UT 84111** P.O. Box, Number, Street, City, State & ZIP Code |
| **Beaufort** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | F.I.G. Daufuskie 1, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____5313____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attachment** | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

Debtor    **F.I.G. Daufuskie 1, LLC**    Case number (*if known*) _____
Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **F.I.G. Daufuskie 1, LLC**                                    Case number (*if known*) _____
        Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  7, 2017**
               MM / DD / YYYY

X  **/s/ James T. Bramlette**                              **James T. Bramlette**
   Signature of authorized representative of debtor         Printed name

Title  **Managing Member**

**18. Signature of attorney**

X  **/s/ Julio E. Mendoza, Jr.**                    Date  **March  7, 2017**
   Signature of attorney for debtor                        MM / DD / YYYY

**Julio E. Mendoza, Jr.**
Printed name

**Nexsen Pruet, LLC**
Firm name

**1230 Main Street, Suite 700 (29201)**
**PO Box 2426**
**Columbia, SC 29202**
Number, Street, City, State & ZIP Code

Contact phone  **803-540-2026**     Email address  **rmendoza@nexsenpruet.com**

**3365**
Bar number and State

Debtor    **F.I.G. Daufuskie 1, LLC**
Name
Case number (*if known*)

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number (*if known*) _____    Chapter    **11**

☐ Check if this an
amended filing

---

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Daufuskie Embarkment, LLC** | | Relationship to you | **Affiliate** |
| District | **South Carolina** | When | Case number, if known | |
| Debtor | **F.I.G. Beach Club, LLC** | | Relationship to you | **Affiliate** |
| District | **South Carolina** | When | Case number, if known | |
| Debtor | **F.I.G. Beach Cottages, LLC** | | Relationship to you | **Affiliate** |
| District | **South Carolina** | When | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name    **F.I.G. Daufuskie 1, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __March  7, 2017__      X **/s/ James T. Bramlette**
                                       Signature of individual signing on behalf of debtor

                                       **James T. Bramlette**
                                       Printed name

                                       **Managing Member**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **F.I.G. Daufuskie 1, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF SOUTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Beaufort County Treasurer** P.O.Box 487 Beaufort, SC 29901-0487 | | **Tax Liability** | | | | **Unknown** |
| **Coastal Pipe & Fire Solutions, LLC** 30 Sugaree Drive Bluffton, SC 29910 | | **Services and materials provided** | | **$23,299.63** | **Unknown** | **Unknown** |
| **Daufuskie North 1, LLC** 1000 East Williams Street, Suite 204 Carson City, NV 89701 | | **Mortgage and Security Agreement dated May 10, 2011, recorded in Book 3058, Page 1588** | | **$2,000,000.00** | **Unknown** | **Unknown** |
| **Fabrication Design Concepts, Inc.** 409 Cardinal Street Pooler, GA 31322 | | **Materials and services provided.** | | **$6,500.00** | **Unknown** | **Unknown** |
| **Hoppe Electric, Inc.** c/o William M. Bowen, Esquire William M. Bowen, P.A. Po Drawer 6128 Hilton Head Island, SC 29938 | **William M. Bowen, Esq.** bill@williambowenlaw.com 843-842-5000 | **Materials and services provided** | | **$58,900.45** | **Unknown** | **Unknown** |
| **George Lee** 11 Windsong Sandy, UT 84092 | | **Money loaned - Mortgage and Security Agreement recorded 11/15/2011 in Book 3098, Page 1887.** | | **$1,000,000.00** | **Unknown** | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | F.I.G. Daufuskie 1, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lex Van Hessen Holding, BV c/o Paul D. Harrill, Esq. McNair Law Firm, P.A. P. O. Box 11390 Columbia, SC 29211 | Paul D. Harrill, Esq. pharrill@mcnair.net 803-799-9800 | Money Loaned - Mortgage recorded in Book 3058, Page 1549 and other recorded documents. | | $27,540,856.51 | Unknown | Unknown |
| Neil Dawson Architect, P.C. c/o Thomas M. Gore, Esq. McCorkle & Johnson, LLP 319 Tattnall Street Savannah, GA 31401 | | Services provided. | | $3,500.00 | Unknown | Unknown |
| PIA Anderson Dorius Reynard & Moss, LLC 222 South Main Street, Suite 1830 Salt Lake City, UT 84101 | | Services provided | | $116,608.49 | Unknown | Unknown |
| Rockby, Inc. 2700 Gregory Street, Suite 130 Savannah, GA 31404 | | Materials and services provided | | $611,615.15 | Unknown | Unknown |
| South Atlantic Forest Products, Inc. dba Gaster Lumber & Hardware 15010 Abercorn Street Savannah, GA 31419 | | Materials and services provided | | Unknown | Unknown | Unknown |
| SunBelt Rentals c/o CRF Solutions Att: Laura Pavey 2051 Royal Ave. Simi Valley, CA 93065 | | Rental charges | | $9,966.45 | Unknown | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **F.I.G. Daufuskie 1, LLC**

United States Bankruptcy Court for the:  DISTRICT OF SOUTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................................... $ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................ $ **27,000.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................... $ **27,000.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ **34,815,993.68**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ **0.00**

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b                                                                          $ **34,815,993.68**

**Fill in this information to identify the case:**

Debtor name **F.I.G. Daufuskie 1, LLC**

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.      **Raw materials**

| Debtor | **F.I.G. Daufuskie 1, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**20.**    **Work in progress**

**21.**    **Finished goods, including goods held for resale**
**Island House - In the**
**Golf Shop there are**
**shirts and merchandise**
**for the golf course.**                    **Unknown**                    **$1,500.00**

**22.**    **Other inventory or supplies**

**23.**    **Total of Part 5.**                    | **$1,500.00** |
        Add lines 19 through 22.  Copy the total to line 84.

**24.**    **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value                    Valuation method                    Current Value

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**    **Office furniture**<br>**The Equestrian Center  - A couple of furniture**<br>**sets, pool table, rugs, art, misc. items at the**<br>**bar (for making drinks).** | **Unknown** | | **$2,000.00** |
| **Island House - In the Golf Shop there is**<br>**furniture (estimated value of $1,000).  In the**<br>**entrance, there are 2 furniture sets (estimated**<br>**value of $1,000).  In the offices, there are a**<br>**conference table, small fridge and misc desks**<br>**and filing cabinets (estimated value of $1,500).**<br>**In the kitchen there is old equipment that has**<br>**been sitting for 12 years (estimated value of**<br>**$15,000).  In the back storage rooms there are**<br>**random and misc items, including furniture,**<br>**supplies, event chairs, etc (estimated value of**<br>**$5,000).** | **Unknown** | | **$23,500.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **F.I.G. Daufuskie 1, LLC**                     Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| **Hotel - Old bedroom sets, misc furniture and kitchen items, which have no value.** | $0.00 | | $0.00 |
| **Golf Course, Jacks and other common areas - Old furniture in Jacks, valued at zero.** | $0.00 | | $0.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                              | $25,500.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **F.I.G. Daufuskie 1, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 55.1. | **Real Property with improvements thereon located on Daufuskie Island, SC, consisting of 300 acres more or less, known as the Melrose Club as more fully described in the Daufuskie I, LLC Property description attached hereto,  TMS No. R800 025 000 001A 0000, with improvements.  The improvements include a hotel building, a conference center, a golf course, and equestrian center, and other buildings and structures relating to the operation and maintenance of the property.  See attached for complete legal description for the property.** | **Fee Simple - 100%**    **Unknown** | **Unknown** |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| **$0.00** |

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **F.I.G. Daufuskie 1, LLC** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">Part 12:</td><td colspan="3"><b>Summary</b></td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $25,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $27,000.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $27,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# F.I.G DAUFUSKIE I, LLC PROPERTY DESCRIPTION

**PARCEL I**

**ALL** that certain piece, parcel or tract of land situate, lying and being on Daufuskie Island, Beaufort County, South Carolina, containing 300 acres, more or less, known as the **MELROSE CLUB** and being more particularly shown and described on the plat entitled "Plat of a Portion of Melrose Plantation known as the Melrose Club Property" prepared by Gifford, Nielson & Williams, Matthew M. Crawford, SC RLS #9756, dated April 26, 1988, last revised August 29, 1988, and recorded in the Office of the Register of Deeds for Beaufort County, South Carolina, in Plat Book 35 at Page 245. For a more detailed description as to metes, bounds, courses and distances, reference may be made to said plat of record.

**TOGETHER WITH** all rights and benefits contained in those certain Easement Agreements recorded in the Office of the Register of Deeds for Beaufort County, South Carolina, as follows:

1. Easement Agreement by and between Melrose Group Limited Partnership and the Melrose Club Owners Association, Inc., dated January 30, 1987, and recorded in Deed Book 470 at Page 1449.

2. Access, Lakes, Wells and Irrigation Lines Easement by and between the Melrose Property Owners Association, Inc. and the Daufuskie Club, Inc., dated December 30, 1996, and recorded in Book 922 at Page 283.

3. Drainage Easement by and between Suzanne K. Swanson and the Melrose Asset Corp., dated July 14, 1997, and recorded in Book 959 at Page 1979.

4. Easement Agreement by and between Plantation Land Properties, LLC and Daufuskie Club, Inc., et al., dated May 7, 2001, and recorded in Book 1458 at Page 1339.

5. Access Easement by and between Robert C. Onorato, Trustee for the Estate of Daufuskie Island Property, LLC, and AFG Daufuskie I, LLC, dated March 25, 2011, and recorded in Book 3047 at Page 795.

**LESS AND EXCEPT**, all those certain pieces, parcels, lots or tracts of land situate, lying and being on Daufuskie Island, Beaufort County, South Carolina, more particularly shown and described on the following plats of record:

a. Open Spaces #1 - #6 (inclusive), Open Space Access #1 and #2, and Lots 400 – 438 (inclusive) BEACH COTTAGES AT MELROSE shown on "A Plat of The Beach Cottages at Melrose (Lots 400-438)" prepared by Thomas & Hutton Engineering Co., certified by Boyce L. Young, SC RLS #11079, dated June 19, 2003, and recorded in Plat Book 93 at Page 174.

b. Lot 439 and Parcels 1 & 2 BEACH COTTAGES AT MELROSE as shown on "A Plat of The Beach Cottages at Melrose (Lots 400-439 and Parcels 1 & 2)" prepared by Thomas & Hutton Engineering Co., certified by Boyce L. Young, SC RLS #11079, dated June 19, 2003, last revised April 19, 2005, and recorded in Book 106 at Page 30.

c. Tracts A, B, C, & D as shown on "A Plat of The Beach Cottages at Melrose Tracts A, B, C, & D" prepared by Thomas & Hutton Engineering Co., certified by Boyce L. Young, SC RLS #11079, dated August 27, 2003, and recorded in Plat Book 95 at Page 105.

d. Lot 114 THE RESIDENCE CLUB as shown on "A Plat of 114 Avenue of the Oaks, The Residence Club at Daufuskie Island Resort and Spa" prepared by Thomas & Hutton Engineering Co., certified by Boyce L. Young, SC RLS #11079, dated March 9, 2004, and recorded in Plat Book 98 at Page 44.

e. MELROSE BEACH CLUB parcel, containing 5.83 acres, more or less, shown for mortgage purposes only on a "Boundary Survey of Zone 8-1(M), Beach Club Parcel, a Section of Melrose Plantation", prepared by Surveying Consultants, certified by Terry G. Hatchell, SCL RLS #11059, dated April 26, 2007, and recorded in Plat Book 123 at Page 157.

f. PARCEL 81, containing 5.01 acres, more or less, as shown on a "Subdivision Plat of Parcel 81, Beach Cottages #81, #91, & #97, Avenue of the Oaks, a Section of The Beach Cottages, Melrose Plantation", prepared

by Surveying Consultants, certified by Terry G. Hatchell, SC RLS #11059, dated February 2, 2008, and recorded in Plat Book 123 at Page 164.

g.   PARCEL 102, containing 5.07 acres, more or less, as shown on a "Subdivision Plat of Parcel 102, Beach Cottages #102, #106 & #110, Avenue of the Oaks, a Section of The Beach Cottages at Melrose Plantation", prepared by Surveying Consultants, certified by Terry G. Hatchell, SC RLS #11059, dated February 11, 2008, and recorded in Plat Book 123 at Page 162.

h.   TRACTS A and B (a/k/a Lots 60 and 62) as shown on "A Plat of The Beach Cottages at Melrose Tracts A, B, C & D" prepared by Thomas & Hutton Engineering Co., certified by Boyce L. Young, SC RLS #11079, dated August 28, 2003, and recorded in Plat Book 95 at Page 105.

i.   TRACT C (a/k/a Lot 64) as shown on "A Plat of The Beach Cottages at Melrose Tracts E. F. G. H, I, & J, and a Recombination of Tracts C & D" prepared by Thomas & Hutton Engineering Co., certified by Boyce L. Young, SC RLS #11079, dated July 18, 2006, and recorded in Plat Book 116 at Page 86.

j.   TRACTS E, F, G, H, I, & J and the Recombination of TRACTS C & D as shown on "A Plat of The Beach Cottages at Melrose Tract E, F, G, H, * & J and a Recombination of Tracts C & D" prepared by Thomas & Hutton Engineering Co., certified by Boyce L. Young, SC RLS #11079, revised on November 19, 2006, and recorded in Plat Book 117 at Page 62.

k.   IJGA LOT, containing 1.32 acres, more or less, as shown on the plat thereof prepared by William S. Sanders, SC PLS #16122, dated June 23, 2005, and recorded in Plat Book 107 at Page 81.

l.   TRACT containing 10.90 acres, more or less, as shown on "A Boundary and Wetlands Survey of 10.90 Acres, a portion of Melrose Plantation" prepared by William S. Sanders, SC PLS #16122, and recorded in Plat Book 114 at Page 13.

**Fill in this information to identify the case:**

Debtor name        **F.I.G. Daufuskie 1, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |
| **2.1**  **ACP South Carolina, LLC** <br> Creditor's Name | Describe debtor's property that is subject to a lien <br> **Real Property with improvements thereon located on Daufuskie Island, SC, consisting of 300 acres more or less, known as the Melrose Club as more fully described in the Daufuskie I, LLC Property description attached hereto.** | **$3,444,747.00** | **Unknown** |

**Attn:  Cole S. Cannon Esquire**
**Cannon Law Group, PLLC**
**53 South 600 East**
**Salt Lake City, UT 84102**
Creditor's mailing address

Describe the lien
**Mortgage dated 10/23/14, recorded 11/24/14, Book 3362, Page 185**

Is the creditor an insider or related party?

**cole@cannonlawgroup.com**
Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **F.I.G. Daufuskie 1, LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Lex Van Hessen Holding, BV**
**2. Coastal Pipe & Fire Solutions, LLC**
**3. Daufuskie North 1, LLC**
**4. Hoppe Electric, Inc.**
**5. George ~Lee**
**6. Neil Dawson Architect, P.C.**
**7. Rockby, Inc.**
**8. South Atlantic Forest Products, Inc.**
**9. SunBelt Rentals**
**10. Fabrication Design Concepts, Inc.**
**11. PIA Anderson Dorius Reynard & Moss, LLC**
**12. ACP**

---

| 2.2 | **Action Commercial Park, LLC** | | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | |

**Describe debtor's property that is subject to a lien**
**Real Property with improvements thereon located on Daufuskie Island, SC, consisting of 300 acres more or less, known as the Melrose Club as more fully described in the Daufuskie I, LLC Property description attached hereto.**

**Attn:  Cole S. Cannon, Esquire**
**Cannon Law Group, PLLC**
**53 South 600 East**
**Salt Lake City, UT 84102**

Creditor's mailing address

**Describe the lien**
**See ACP South Carolina, LLC, above**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**cole@cannonlawgroup.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Cannon Consultants, LLC** | | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
**Real Property with improvements thereon located on Daufuskie Island, SC, consisting of 300 acres more or less, known as the Melrose Club as more fully described in the Daufuskie I, LLC Property description attached hereto.**

**Attn:  Cole S. Cannon, Esquire**
**Cannon Law Group, PLLC**
**53 South 600 East**
**Salt Lake City, UT 84102**

Creditor's mailing address

**Describe the lien**
**See ACP South Carolina, LLC, above**

**Is the creditor an insider or related party?**

☑ No

**cole@cannonlawgroup.com**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | F.I.G. Daufuskie 1, LLC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

**Specified on line 2.1**

☐ Disputed

---

| 2.4 | **Coastal Pipe & Fire Solutions, LLC** | Describe debtor's property that is subject to a lien | $23,299.63 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Real Property with improvements thereon located on Daufuskie Island, SC, consisting of 300 acres more or less, known as the Melrose Club as more fully described in the F.I.G. Daufuskie I, LLC Property description attached hereto.** | | |

**30 Sugaree Drive**
**Bluffton, SC 29910**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien recorded 10/27/11 in Book 73 at Page 1049**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

**Specified on line 2.1**

☐ Disputed

---

| 2.5 | **Daufuskie North 1, LLC** | Describe debtor's property that is subject to a lien | $2,000,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Real Property with improvements thereon located on Daufuskie Island, SC, consisting of 300 acres more or less, known as the Melrose Club as more fully described in the F.I.G. Daufuskie I, LLC Property description attached hereto.** | | |

**1000 East Williams Street,**
**Suite 204**
**Carson City, NV 89701**

Creditor's mailing address

**Describe the lien**
**Mortgage and Security Agreement dated 5/10/11 recorded in Book 3058, Page 1588**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **F.I.G. Daufuskie 1, LLC**                                    Case number (if know)
        Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.6 | **Fabrication Design Concepts, Inc.** | **Describe debtor's property that is subject to a lien** | $6,500.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Real Property with improvements thereon located on Daufuskie Island, SC, consisting of 300 acres more or less, known as the Melrose Club as more fully described in the F.I.G. Daufuskie I, LLC Property description attached hereto.** | | |

**409 Cardinal Street**
**Pooler, GA 31322**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien filed in Lien Book 81, Page 44**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.7 | **Hoppe Electric, Inc.** | **Describe debtor's property that is subject to a lien** | $58,900.45 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Real Property with improvements thereon located on Daufuskie Island, SC, consisting of 300 acres more or less, known as the Melrose Club as more fully described in the F.I.G. Daufuskie I, LLC Property description attached hereto.** | | |

**c/o William M. Bowen, Esquire**
**William M. Bowen, P.A.**
**Po Drawer 6128**
**Hilton Head Island, SC 29938**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien filed Book 97, Page 1563; Confession of Judgment filed 2/3/15**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**bill@williambowenlaw.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 4 of 8

| Debtor | F.I.G. Daufuskie 1, LLC | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

| 2.8 | **George Lee** | Describe debtor's property that is subject to a lien | **$1,000,000.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Real Property with improvements thereon located on Daufuskie Island, SC, consisting of 300 acres more or less, known as the Melrose Club as more fully described in the F.I.G. Daufuskie I, LLC Property description attached hereto.** | | |

**11 Windsong**
**Sandy, UT 84092**

Creditor's mailing address

Describe the lien

**Mortgage and Security Agreement recorded 11/15/11 in Book 3098, Page 1887**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Lex Van Hessen Holding, BV** | Describe debtor's property that is subject to a lien | **$27,540,856.51** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **All Real Property with improvements thereon consisting of 300 acres more or less, known as the Melrose Club as more fully described in the Daufuskie I Property Description attached hereto. Blanket lien on all assets of the Debtor.** | | |

**c/o Paul D. Harrill, Esq.**
**McNair Law Firm, P.A.**
**P. O. Box 11390**
**Columbia, SC 29211**

Creditor's mailing address

Describe the lien

**Mortgage recorded in Book 3058,Page 1549 & other recorded documents-see attached**

Is the creditor an insider or related party?

■ No
☐ Yes

**pharrill@mcnair.net**

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Neil Dawson Architect, P.C.** | Describe debtor's property that is subject to a lien | **$3,500.00** | **Unknown** |
|---|---|---|---|---|

| Debtor | F.I.G. Daufuskie 1, LLC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

c/o Thomas M. Gore, Esq.
McCorkle & Johnson, LLP
319 Tattnall Street
Savannah, GA 31401

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

**Describe debtor's property that is subject to a lien**
**Real Property with improvements thereon located on Daufuskie Island, SC, consisting of 300 acres more or less, known as the Melrose Club as more fully described in the F.I.G. Daufuskie 1, LLC Property description attached hereto.**

Describe the lien
**Mechanic's Lien filed in Book 80, Page 886**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

| 2.1 1 | **PIA Anderson Dorius Reynard & Moss, LLC** | | $116,608.49 | Unknown |
|---|---|---|---|---|

Creditor's Name

222 South Main Street, Suite 1830
Salt Lake City, UT 84101

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

**Describe debtor's property that is subject to a lien**
**Real Property with improvements thereon located on Daufuskie Island, SC, consisting of 300 acres more or less, known as the Melrose Club as more fully described in the F.I.G. Daufuskie I, LLC Property description attached hereto.**

Describe the lien
**Notice of Attorney's Lien filed in Lien Book 92, Page 1603**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

| 2.1 2 | **Rockby, Inc.** | | $611,615.15 | Unknown |
|---|---|---|---|---|

Creditor's Name

2700 Gregory Street, Suite 130
Savannah, GA 31404

**Describe debtor's property that is subject to a lien**
**Real Property with improvements thereon located on Daufuskie Island, SC, consisting of 300 acres more or less, known as the Melrose Club as more fully described in the F.I.G. Daufuskie I, LLC Property description attached hereto.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **F.I.G. Daufuskie 1, LLC**
Name                                                                        Case number (if know)

Creditor's mailing address                    **Describe the lien**
**Mechanic's Lien recorded 8/31/12 in Book 82,**
**Page 109**

**Is the creditor an insider or related party?**

Creditor's email address, if known            ☑ No
                                              ☐ Yes
**Date debt was incurred**                    **Is anyone else liable on this claim?**

                                              ☐ No
**Last 4 digits of account number**           ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
☐ No                                          ☐ Contingent
☑ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative
priority.                                     ☐ Disputed
**Specified on line 2.1**

---

| 2.1<br>3 | **South Atlantic Forest Products, Inc.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Real Property with improvements thereon**
**located on Daufuskie Island, SC, consisting**
**of 300 acres more or less, known as the**
**dba Gaster Lumber &**                       **Melrose Club as more fully described in the**
**Hardware**                                  **F.I.G. Daufuskie I, LLC Property description**
**15010 Abercorn Street**                     **attached hereto.**
**Savannah, GA 31419**

Creditor's mailing address                    **Describe the lien**
**Pending Lis Pendens - 2012LP071372; &**
**2012LP0701649**

**Is the creditor an insider or related party?**

                                              ☑ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**

                                              ☑ No
**Date debt was incurred**                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
☐ No                                          ☐ Contingent
☑ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative
priority.                                     ☐ Disputed
**Specified on line 2.1**

---

| 2.1<br>4 | **SunBelt Rentals** | **Describe debtor's property that is subject to a lien** | **$9,966.45** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Real Property with improvements thereon**
**located on Daufuskie Island, SC, consisting**
**c/o CRF Solutions**                         **of 300 acres more or less, known as the**
**Att: Laura Pavey**                          **Melrose Club as more fully described in the**
**2051 Royal Ave.**                           **F.I.G. Daufuskie I, LLC Property description**
**Simi Valley, CA 93065**                     **attached hereto.**

Creditor's mailing address                    **Describe the lien**
**Mechanic's Lien recorded 9/11/13 in Book 93**
**at Page 152**

**Is the creditor an insider or related party?**

                                              ☑ No
Creditor's email address, if known            ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **F.I.G. Daufuskie 1, LLC**                                    Case number (if know) _____
Name

**Date debt was incurred**

**Last 4 digits of account number**

| **Is anyone else liable on this claim?** |
| ■ No |
| ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$34,815,993.68** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **Terry A. Finger, Esquire**<br>**Finger & Fraser, P.A.**<br>**35 Hospital Center Common, Suite 200**<br>**PO Box 24005**<br>**Hilton Head Island, SC 29925** | Line  **2.4** | |
| **Thomas M. Gore, Esquire**<br>**McCorkle & Johnson, LLP**<br>**319 Tattnall Street**<br>**Savannah, GA 31401** | Line  **2.6** | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 8

## F.I.G. DAUFUSKIE 1, LLC RECORDED LEX VAN HESSEN HOLDING, BV DOCUMENTS LIST

Mortgage given by F.I.G. Daufuskie 1, LLC to Lex van Hessen Holding, BV, as recorded in Book 3058 at Page 1549 and assigned in Book 3534 at Page 799

Collateral Assignment of Declarant Rights given by F.I.G. Daufuskie 1, LLC to Lex van Hessen Holding, BV, as recorded in Book 3058 at Page 1576 and assigned in Book 3534 at Page 799

Collateral Assignment of Density Rights, Permits and Licenses given by F.I.G. Daufuskie 1, LLC to Lex van Hessen Holding, BV, as recorded in Book 3058 at Page 1582 and assigned in Book 3524 at Page 799

Third Party Mortgage given by F.I.G. Daufuskie 1, LLC to Lex van Hessen Holding, BV, as recorded in Book 3104 at Page 1660 and modified in Book 3250 at Page 866 and assigned in Book 3534 at Page 799

**Fill in this information to identify the case:**

Debtor name    **F.I.G. Daufuskie 1, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**Beaufort County Treasurer
P.O.Box 487
Beaufort, SC 29901-0487**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax liability.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **F.I.G. Daufuskie 1, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**South Carolina Department of Revenue and Taxation**
P.O. Box 12265
Columbia, SC 29211-9927

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tony Hartman**
8547 E. Arapahoe Road, Suite J192
Greenwood Village, CO 80112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Synergy Capital Management, LLC**
Attn:  Travils Kozlowski
1192 Draper Parkway #331
Draper, UT 84020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Synergy Lending Partners, LLC**
Attn:  Travis Kozlowski
1192 Draper Parkway #331
Draper, UT 84020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **0.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **0.00** |

**Fill in this information to identify the case:**

Debtor name    **F.I.G. Daufuskie 1, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| **2.2**   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| **2.3**   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| **2.4**   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    

**Fill in this information to identify the case:**

Debtor name    **F.I.G. Daufuskie 1, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Bramlette, James T.** | **145 South 400 East Salt Lake City, UT 84111** | **Lex Van Hessen Holding, BV** | ☑ D __2.9__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Daufuskie Embarkment, LLC** | **145 South 400 East Salt Lake City, UT 84111** | **Lex Van Hessen Holding, BV** | ☑ D __2.9__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Daufuskie Embarkment, LLC** | **145 South 400 East Salt Lake City, UT 84111** | **PIA Anderson Dorius Reynard & Moss, LLC** | ☑ D __2.11__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 **Daufuskie Embarkment, LLC** | **145 South 400 East Salt Lake City, UT 84111** | **Hoppe Electric, Inc.** | ☑ D __2.7__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 **Daufuskie Embarkment, LLC** | **145 South 400 East Salt Lake City, UT 84111** | **ACP South Carolina, LLC** | ☑ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **F.I.G. Daufuskie 1, LLC** | Case number *(if known)* | |
|---|---|---|---|

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.6 | **Daufuskie Embarkment, LLC** | **145 South 400 East** **Salt Lake City, UT 84111** | **Action Commercial Park, LLC** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Daufuskie Embarkment, LLC** | **145 South 400 East** **Salt Lake City, UT 84111** | **Cannon Consultants, LLC** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.8 | **F.I.G. Beach Club, LLC** | **145 South 400 East** **Salt Lake City, UT 84111** | **Lex Van Hessen Holding, BV** | ■ D ___2.9___ ☐ E/F _____ ☐ G _____ |
| 2.9 | **F.I.G. Beach Club, LLC** | **145 South 400 East** **Salt Lake City, UT 84111** | **Hoppe Electric, Inc.** | ■ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.10 | **F.I.G. Beach Club, LLC** | **145 South 400 East** **Salt Lake City, UT 84111** | **PIA Anderson Dorius Reynard & Moss, LLC** | ■ D ___2.11___ ☐ E/F _____ ☐ G _____ |
| 2.11 | **F.I.G. Beach Club, LLC** | **145 South 400 East** **Salt Lake City, UT 84111** | **Rockby, Inc.** | ■ D ___2.12___ ☐ E/F _____ ☐ G _____ |
| 2.12 | **F.I.G. Beach Club, LLC** | **145 South 400 East** **Salt Lake City, UT 84111** | **ACP South Carolina, LLC** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.13 | **F.I.G. Beach Club, LLC** | **145 South 400 East** **Salt Lake City, UT 84111** | **Action Commercial Park, LLC** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |

| Debtor | **F.I.G. Daufuskie 1, LLC** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **F.I.G. Beach Club, LLC** | 145 South 400 East Salt Lake City, UT 84111 | **Cannon Consultants, LLC** | ■ D  __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.15 | **F.I.G. Beach Cottages, LLC** | 145 South 400 East Salt Lake City, UT 84111 | **Lex Van Hessen Holding, BV** | ■ D  __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.16 | **F.I.G. Beach Cottages, LLC** | 145 South 400 East Salt Lake City, UT 84111 | **PIA Anderson Dorius Reynard & Moss, LLC** | ■ D  __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.17 | **F.I.G. Beach Cottages, LLC** | 145 South 400 East Salt Lake City, UT 84111 | **ACP South Carolina, LLC** | ■ D  __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.18 | **F.I.G. Beach Cottages, LLC** | 145 South 400 East Salt Lake City, UT 84111 | **Action Commercial Park, LLC** | ■ D  __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.19 | **F.I.G. Beach Cottages, LLC** | 145 South 400 East Salt Lake City, UT 84111 | **Cannon Consultants, LLC** | ■ D  __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.20 | **The Pelorus Group, LLC** | 145 South 400 East Salt Lake City, UT 84111 | **Hoppe Electric, Inc.** | ■ D  __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.21 | **The Pelorus Group, LLC** | 145 South 400 East Salt Lake City, UT 84111 | **PIA Anderson Dorius Reynard & Moss, LLC** | ■ D  __2.11__ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | **F.I.G. Daufuskie 1, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **The Pelorus Group, LLC**  145 South 400 East  Salt Lake City, UT 84111 | **Rockby, Inc.** | ■ D __2.12__  ☐ E/F _____  ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **F.I.G. Daufuskie 1, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   | --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **F.I.G. Daufuskie 1, LLC** _____    Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Lex Van Hessen Holding, BV vs. F.I.G. Daufuskie I, LLC; F.I.G. Beach Cottages, LLC; F.I.G. Beach Club, LLC; Daufuskie Embarkment, LLC; Daufuskei North 1, LLC; AFG Daufuskie 1, LLC; James T. Bramlette, et al.: Civil Action No. 2013-CP-07-02924** | **Foreclosure** | **Beaufort County Court of Common Pleas Beaufort, SC** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Hoppe Electric, Inc. vs. The Pelorus Group, LLC, F.I.G. Daufuskie 1, LLC and F.I.G. Beach Club, LLC Civil Action No. 2014-CP-07-00830** | **Foreclosure/ Partition of Property; Supplementary Proceedings on Judgment** | **Beaufort County Master-In-Equity Beaufort, SC** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor   **F.I.G. Daufuskie 1, LLC**                                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Nexsen Pruet, LLC**<br>**1230 Main Street, Suire 700**<br>**(29201)**<br>**PO Box 2426**<br>**Columbia, SC 29202** | **$17,804.72 paid by The Pelorus Group, LLC for work for four debtor companies.** | **1/3/2017** | **$4,451.18** |
| Email or website address<br>**www.nexsenpruet.com** | | | |
| Who made the payment, if not debtor?<br>**The Pelorus Group, LLC** | | | |
| 11.2. **Nexsen Pruet, LLC**<br>**1230 Main Street, Suite 700**<br>**(29201)**<br>**PO Box 2426**<br>**Columbia, SC 29202** | **$75,000.00 paid by The Cannon Law Group, PLLC for work, filing fees and retainers for the four debtor companies.** | **3/7/2017** | **$18,750.00** |
| Email or website address<br>**www.nexsenpruet.com** | | | |
| Who made the payment, if not debtor?<br>**The Cannon Law Group, PLLC** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

Debtor   **F.I.G. Daufuskie 1, LLC** _____   Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **222 South Main, Suite 1910 Salt Lake City, UT 84111** | |

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **F.I.G. Daufuskie 1, LLC**                                    Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Ricoh<br>1738 Bass Road<br>Macon, GA 31210 | 55 Avenue of Oaks<br>Daufuskie Island, SC<br>29915 | Printers leased by F.I.G. Holdings, LLC. | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| Speros<br>2131 Rowland Avenue<br>Savannah, GA 31404 | 55 Avenue of Oaks<br>Daufuskie Island, SC<br>29915 | Phones leased by Melrose Resort Group, LLC. | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| Melrose Resort Group, LLC<br>145 South 400 East<br>Salt Lake City, UT 84111 | 55 Avenue of Oaks<br>Daufuskie Island, SC<br>29915 | Chiller | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| Cannon Investing and Acquisitions<br>53 South 600 East<br>Salt Lake City, UT 84102 | 55 Avenue of Oaks<br>Daufuskie Island, SC<br>29915 | Golf carts, Golf maintenance equipment and other miscellaneous carts. | Unknown |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **F.I.G. Daufuskie 1, LLC**                                    Case number *(if known)* _____

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Aaron Wernli 145 South 400 East Salt Lake City, UT 84111** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **F.I.G. Daufuskie 1, LLC**                                    Case number *(if known)* _____

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| ACP South Carolina, LLC | Attn:  Cole S. Cannon Esquire Cannon Law Group, PLLC 53 South 600 East Salt Lake City, UT 84102 | Owner | 100% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| James T. Bramlette | 145 South 400 East Salt Lake City, UT 84111 | Managing Member - 62.5% ownership interest. | |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| MJC Holdings, LLC | Attn:  Mark Cummings 23 N. Main Street, Suite B Farmington, UT 84025 | Member - 25% ownership interest. | |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Mark Burton as Trustee of the | Brenda Burton Trust PO Box 1166 Centerville, UT 84014 | Member - 7.5% ownership interest. | |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| SCI Investments, LLC | Attn:  Mark Cummings, Registered Agent 23 N. Main Street, Suite B Farmington, UT 84025 | Member - 5% ownership interest. | |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    **F.I.G. Daufuskie 1, LLC** _____    Case number *(if known)* _____

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  7, 2017** _____

**/s/ James T. Bramlette** _____            **James T. Bramlette** _____
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Managing Member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of South Carolina

In re   **F.I.G. Daufuskie 1, LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ACP South Carolina, LLC**<br>**Attn:  Cole S. Cannon Esquire**<br>**Cannon Law Group, PLLC**<br>**53 South 600 East**<br>**Salt Lake City, UT 84102** | | **100%** | **Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March  7, 2017**

Signature   **/s/ James T. Bramlette**

**James T. Bramlette**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
## District of South Carolina

In re    **F.I.G. Daufuskie 1, LLC**                                           Case No.

                                    Debtor(s)                  Chapter    **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)    _____ computer diskette

(b)    _____ scannable hard copy
(number of sheets submitted _____)

(c)    __X__ electronic version filed via CM/ECF

Date:    **March  7, 2017**                    **/s/ James T. Bramlette**
                                **James T. Bramlette/Managing Member**
                                Signer/Title

Date:    **March  7, 2017**                    **/s/ Julio E. Mendoza, Jr.**
                                Signature of Attorney
                                **Julio E. Mendoza, Jr. 3365**
                                **Nexsen Pruet, LLC**
                                **1230 Main Street, Suite 700 (29201)**
                                **PO Box 2426**
                                **Columbia, SC 29202**
                                **803-540-2026  Fax: 803-727-1478**
                                Typed/Printed Name/Address/Telephone

                                **3365**
                                District Court I.D. Number

ACP SOUTH CAROLINA, LLC
ATTN:  COLE S. CANNON ESQUIRE
CANNON LAW GROUP, PLLC
53 SOUTH 600 EAST
SALT LAKE CITY UT 84102


ACTION COMMERCIAL PARK, LLC
ATTN:  COLE S. CANNON, ESQUIRE
CANNON LAW GROUP, PLLC
53 SOUTH 600 EAST
SALT LAKE CITY UT 84102


BEAUFORT COUNTY TREASURER
P.O.BOX 487
BEAUFORT SC 29901-0487


BRAMLETTE, JAMES T.
145 SOUTH 400 EAST
SALT LAKE CITY UT 84111


CANNON CONSULTANTS, LLC
ATTN:  COLE S. CANNON, ESQUIRE
CANNON LAW GROUP, PLLC
53 SOUTH 600 EAST
SALT LAKE CITY UT 84102


COASTAL PIPE & FIRE SOLUTIONS, LLC
30 SUGAREE DRIVE
BLUFFTON SC 29910


DAUFUSKIE EMBARKMENT, LLC
145 SOUTH 400 EAST
SALT LAKE CITY UT 84111


DAUFUSKIE NORTH 1, LLC
1000 EAST WILLIAMS STREET, SUITE 204
CARSON CITY NV 89701


F.I.G. BEACH CLUB, LLC
145 SOUTH 400 EAST
SALT LAKE CITY UT 84111


F.I.G. BEACH COTTAGES, LLC
145 SOUTH 400 EAST
SALT LAKE CITY UT 84111

FABRICATION DESIGN CONCEPTS, INC.
409 CARDINAL STREET
POOLER GA 31322


TONY HARTMAN
8547 E. ARAPAHOE ROAD, SUITE J192
GREENWOOD VILLAGE CO 80112


HOPPE ELECTRIC, INC.
C/O WILLIAM M. BOWEN, ESQUIRE
WILLIAM M. BOWEN, P.A.
PO DRAWER 6128
HILTON HEAD ISLAND SC 29938


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


GEORGE LEE
11 WINDSONG
SANDY UT 84092


LEX VAN HESSEN HOLDING, BV
C/O PAUL D. HARRILL, ESQ.
MCNAIR LAW FIRM, P.A.
P. O. BOX 11390
COLUMBIA SC 29211


NEIL DAWSON ARCHITECT, P.C.
C/O THOMAS M. GORE, ESQ.
MCCORKLE & JOHNSON, LLP
319 TATTNALL STREET
SAVANNAH GA 31401


PIA ANDERSON DORIUS REYNARD & MOSS, LLC
222 SOUTH MAIN STREET, SUITE 1830
SALT LAKE CITY UT 84101


ROCKBY, INC.
2700 GREGORY STREET, SUITE 130
SAVANNAH GA 31404

SOUTH ATLANTIC FOREST PRODUCTS, INC.
DBA GASTER LUMBER & HARDWARE
15010 ABERCORN STREET
SAVANNAH GA 31419


SOUTH CAROLINA DEPARTMENT OF REVENUE
AND TAXATION
P.O. BOX 12265
COLUMBIA SC 29211-9927


SUNBELT RENTALS
C/O CRF SOLUTIONS
ATT: LAURA PAVEY
2051 ROYAL AVE.
SIMI VALLEY CA 93065


SYNERGY CAPITAL MANAGEMENT, LLC
ATTN: TRAVILS KOZLOWSKI
1192 DRAPER PARKWAY #331
DRAPER UT 84020


SYNERGY LENDING PARTNERS, LLC
ATTN: TRAVIS KOZLOWSKI
1192 DRAPER PARKWAY #331
DRAPER UT 84020


TERRY A. FINGER, ESQUIRE
FINGER & FRASER, P.A.
35 HOSPITAL CENTER COMMON, SUITE 200
PO BOX 24005
HILTON HEAD ISLAND SC 29925


THE PELORUS GROUP, LLC
145 SOUTH 400 EAST
SALT LAKE CITY UT 84111


THOMAS M. GORE, ESQUIRE
MCCORKLE & JOHNSON, LLP
319 TATTNALL STREET
SAVANNAH GA 31401

# United States Bankruptcy Court
## District of South Carolina

In re  **F.I.G. Daufuskie 1, LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **F.I.G. Daufuskie 1, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**ACP South Carolina, LLC**
**Attn:  Cole S. Cannon Esquire**
**Cannon Law Group, PLLC**
**53 South 600 East**
**Salt Lake City, UT 84102**

☐ None [*Check if applicable*]

**March  7, 2017**

Date

/s/ Julio E. Mendoza, Jr.

**Julio E. Mendoza, Jr. 3365**

Signature of Attorney or Litigant

Counsel for    **F.I.G. Daufuskie 1, LLC**

**Nexsen Pruet, LLC**
**1230 Main Street, Suite 700 (29201)**
**PO Box 2426**
**Columbia, SC 29202**
**803-540-2026 Fax:803-727-1478**
**rmendoza@nexsenpruet.com**